THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE LARSON, | CASE NO. C25-2622-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NAKETA MCDONALD, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an extension of time to effect service (Dkt. No. 7). In that motion, Plaintiff explains the efforts made to locate and serve defendant and why additional time is needed to document service. (*See generally id.*) Finding good cause, the Court EXTENDS the deadline for Rule 4(m) service in this matter to 60 days from today. The Court reminds Plaintiff to submit to the Court an affidavit demonstrating compliance with the service rules during this timeframe. *See* Fed. R. Civ. P. 4(l). Absent such an affidavit, the Court may dismiss the matter without prejudice for failure to prosecute. *See N.W. Laborers Employers Health & Sec. Tr. v. Pro Clean NW LLC*, 2024 WL 5075179, slip op. at 1 (W.D. Wash. 2024) (dismissing case on such grounds); *see also Amazon.com, Inc. v. Wong*, 2021 WL 4948161, slip op. at 1 (W.D. Wash. 2021) (describing the Court's authority "to prevent

MINUTE ORDER
C25-2622-JCC
PAGE - 1

undue delays in the disposition of pending cases and to avoid congestion in the calendars for the District Courts.") (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962)).

DATED this 25th day of March 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-2622-JCC
PAGE - 2